UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

KALAMATA CAPITAL GROUP LLC,

                              Plaintiff,

- against -

VARALUZ LLC dba VARLUZ CASA; LAFORGE          Docket No.: 24-BK-03387-PB
DESIGN CORP; VARALUZ LLC; VARALUZ LLC;
VARALUZ LIGHTING; VARALUZ and RONALD
HENDERSON,

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Philip Bentle a the U.S. Bankruptcy Court, for the Southern District of New York, on Plaintiff's motion to remand, abstain and/or sever the action.

The hearing will be held virtually via Zoom on August 22, 2024, at 10:00 am. Please contact the court to obtain the Zoom Meeting ID, and Password.

Dated: Pomona New York
July 17, 2024

                              **BERKOVITCH & BOUSKILA PLLC**
                              *Counsel for Plaintiff*

                              *Ariel Bouskila*
                              Ariel Bouskila, Esq.
                              1545 Route 202 Suite 101
                              Pomona, NY 10970
                              T: 212-729-1477
                              Email: ari@bblawpllc.com

1